# UNITED STATES v., MERCANTILE TRUST CO. NATIONAL ASSOCIATION ET AL.

No. 87.   Decided October 16, 1967.

*Solicitor General Marshall* and *Assistant Attorney General Turner* for the United States.

*James M. Douglas* and *William G. Guerri* for appellee Mercantile Trust Co. National Association.

PER CURIAM.

The judgment is reversed and the case is remanded for further proceedings consistent with the opinion of this Court in *United States* v. *First City National Bank of Houston,* 386 U. S. 361.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.